ALMIRALL & COMPANY, INC., and Others, Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY and Others, Appellants.— Order denying defendants' motion to strike from the complaint matter as irrelevant, etc., unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order with notice of

entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.